IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**CAROL K. JONES,**

      Plaintiff,

v.                                   Civil No.  08-2574-CM

**NATIONAL CREDIT ADJUSTERS L.L.C.,**

      Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff filed a Notice of Voluntary Dismissal (Doc. 3) on October 17, 2008.  A summons was returned executed but an answer has not yet been filed.  Accordingly, it is hereby

ORDERED that good cause has been shown by the plaintiff and this case is hereby dismissed with prejudice, each party to bear its own costs.

**IT IS SO ORDERED** this 29th day of December, 2008 at Kansas City, Kansas.

                                         s/ Carlos Murguia
                                         **Carlos Murguia**
                                         **U.S. District Judge**